UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BOUCHAIB MEZDAOUI
    Plaintiff(s),

v.

ANTONE MONIZ, PATRICIA HYDE, TODD M LYONS, DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM and PAMELA BONDI
    Defendant(s).

Civil Action No. 25-12999-JEK

## JUDGMENT

**KOBICK, D.J.**

☐ Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒ Decision by the Court: In accordance with the Court's Electronic Order dated October 24, 2025, [ECF 9], granting the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241;

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Bouchaib Mezdaoui.

Dated: November 3, 2025

/s/ Haley Currie
Deputy Clerk